AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

R.M King Construction Company, Inc
d/b/a R.M. King Construction Co., Inc.
1535 Route 206
Tabernacle, NJ  08088

CA:   Case: 1:08-cv-00863
Assigned To : Sullivan, Emmet G.
Assign. Date : 5/19/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

R.M. King Construction Company, Inc.
d/b/a R.M. King Construction Co., Inc.
1535 Route 206
Tabernacle, NJ  08088

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     MAY 1 9 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/13/08 @ 9:00 AM |
| NAME OF SERVER (PRINT) Shawn F. Schaffer | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G̶  Other (specify): Served on: Mark Kramer - owner of R.M. King Construction at 1535 Route 206 Tabernacle NJ 08088 - wht male 55-60 years old 6'0" 200lbs

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/08
             _____         _____
                Date                  Signature of Server

_____
Address of Server

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.