Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND et al

    Plaintiff(s)

    V.

R.M. KING CONSTRUCTION COMPANY, INC

    Defendant(s)

Civil Action No. 08-cv-00863-EGS

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 13, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk